Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**Erickson Kramer Osborne LLP**
44 Tehama Street
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A., a minor, represented by his mother and next friend ANDREA DEAMS, individually and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>2K GAMES, INC.; and TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>     Defendants. | Case No.: 3:23-cv-5961-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO RULE 6-1(A) TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING DATE ON MOTION TO DISMISS CLASS ACTION COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**CIVIL L.R. 6-1**<br><br>Judge: Hon. James Donato<br><br>Trial Date: None Set |

Pursuant to L.R. 6-1(a), Plaintiff J.A. ("Plaintiff") and Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Defendants"), by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rules 6.1(a), hereby stipulate as follows:

WHEREAS, on November 17, 2023, Plaintiff filed this action and, on November 29, 2023, served the Summons and Class Action Complaint for Damages and Demand for Jury Trial ("Complaint") on Defendants;

WHEREAS, an Initial Case Management Conference is currently scheduled for February 29, 2024;

WHEREAS, on December 11, 2023, the Parties requested, and the Court granted, a 45-day extension of Defendants' deadline to respond to the Complaint to February 2, 2024.

WHEREAS, on February 2, 2024, Defendants served a Motion to Dismiss Plaintiff's Class Action Complaint and Request for Judicial Notice ("the Motion"), the hearing on which is currently scheduled for March 14, 2024.

WHEREAS, due to the numerous issues raised in Defendants' Motion, the Parties believe a short extension of the default briefing deadlines is necessary and appropriate to allow Plaintiff's counsel to evaluate the claims alleged in the Motion and to prepare an appropriate response to Defendants' Motion and will afford the Parties time to discuss the facts and law at issue.

WHEREAS, to conserve the Parties' and the Court's resources, the Parties have agreed to request the Initial Case Management Conference be continued to the same date as the hearing on Defendants' Motion.

WHEREAS, this Joint Stipulation is made in good faith and not for purposes of delay. The extension of time will not prejudice the Parties nor will it cause delay of this proceeding or undue annoyance to any party.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiff shall have until March 5, 2024 to file an opposition to Defendants' Motion.
2. Defendants shall have until March 21, 2024 to file a reply in support of the Motion.
3. The hearing on Defendants' Motion shall be on April 4, 2024 or a date thereafter suitable to the Court.
4. The Initial Case Management Conference currently scheduled for February 29, 2024 shall be continued to the same date as the hearing on Defendants' Motion.
5. The Parties will submit their Joint Case Management Statement and Rule 26(f) Report no later than seven calendar days prior to the rescheduled Case Management Conference.

**IT IS SO STIPULATED.**

Dated this 16th day of February 2024

**ERICKSON KRAMER OSBORNE LLP**

By: /s/ Julie C. Erickson
Julie C. Erickson (SBN 293111)
julie@eko.law
ERICKSON KRAMER OSBORNE
44 Tehama Street
San Francisco, CA  94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
*Attorneys for Plaintiff and the Proposed Classes*

**KELLEY DRYE & WARREN LLP**

By: /s/ Becca Wahlquist
Becca Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

*Attorneys for Defendants*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until March 5, 2024, to file an opposition to the Defendants' Motion to Dismiss and Request for Judicial Notice.

2. Defendants' Reply in support of the Motion to Dismiss shall be due on March 21, 2024.

3. The Initial Case Management Conference, currently scheduled for February 29, 2024, and the hearing on Defendants' Motion to Dismiss and Request for Judicial Notice, currently scheduled for March 14, 2024, shall both be held on ~~April 4, 2024 at 10:00 a.m.~~ June 6, 2024

4. The Parties will submit their Joint Case Management Statement and Rule 26(f) Report no later than seven calendar days prior to the rescheduled Case Management Conference

**IT IS SO ORDERED.**

Dated: February 21, 2024

By: _____
Hon. James Donato

---

JOINT STIP. AND [PROPOSED] ORDER PURSUANT TO RULE 6-1(A) TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING DATE ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE

4

CASE NO. 3:23-CV-5961-JD