**KELLEY DRYE & WARREN LLP**
  Becca Wahlquist (State Bar No. 215948)
BWahlquist@kelleydrye.com
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:    (213) 547-4900
Facsimile:    (213) 547-4901

**KELLEY DRYE & WARREN LLP**
  Michael C. Lynch (Admitted *pro hac vice*)
MLynch@kelleydrye.com
  James B. Saylor (Admitted *pro hac vice*)
JSaylor@kelleydrye.com
3 World Trade Center
175 Greenwich Street
New York, NY  10007
Telephone:    (212) 808-5082
Facsimile:    (212) 808-7897

*Attorneys for Defendant*
*2K Games, Inc. and*
*Take-Two Interactive Software, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| J.A., a minor, represented by his mother and next friend ANDREA DEAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>2K GAMES, INC.; and TAKE-TWO INTERACTIVE SOFTWARE, INC.<br><br>Defendants. | Case No.  3:23-cv-5961-JD<br><br>(Assigned to Hon. James Donato)<br><br>**DEFENDANTS 2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.'S STATEMENT OF RECENT DECISION** |

In accordance with Civil L.R. 7-3(d)(2), Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. ("Defendants") respectfully submit this Statement of Recent Decision relevant to Defendants' Opposition to Plaintiff's Motion for Class Certification (Dkt. 97).

Attached hereto as **Exhibit A** is the recent Ninth Circuit opinion *Healy v. Milliman, Inc.*, No. 24-3327, 2026 WL 71863 (9th Cir. Jan. 9, 2026). *Healy* is relevant to the questions of predominance and superiority now before this Court. *See* Dkt. 97 at 21-25.

DATED: January 21, 2026

KELLEY DRYE & WARREN LLP
Becca Wahlquist
Michael C. Lynch (Admitted *pro hac vice*)
James B. Saylor (Admitted *pro hac vice*)

By:   /s/ *Becca Wahlquist*
          Becca Wahlquist

*Defendants 2K Games, Inc. and
Take-Two Interactive Software, Inc.*